UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CORREA-CORREA,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Respondents. | No.  1:26-cv-01283-DAD-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. No. 12) |

Petitioner Ricardo Correa-Correa is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 12.)  Specifically, the assigned magistrate judge found that petitioner was entitled, as required by due process, to the preliminary injunctive relief already granted by the undersigned being converted into a permanent injunction.  (*Id.* at 1–3.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 3.)  On March 23, 2026, respondents filed their objections which comprise a single sentence that respondents object to the findings and recommendations

1

for the same reasons contained in their prior briefing regarding opposition to the motion for temporary restraining order.  (Doc. Nos. 7, 13.)  The court has already rejected respondents' arguments in its prior order granting the motion for temporary restraining order.  (Doc. No. 10.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above.

1. The findings and recommendations issued on March 16, 2026 (Doc. No. 12) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner absent exigent circumstances without providing petitioner notice and a pre-detention hearing before an immigration judge; and,

3. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **April 3, 2026**                        _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2